IN THE
UNITED STATES DISTRICT COURT, DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff/Petitioner<br><br>VS.<br><br>ARTHUR RICHARD HARTMAN, JR.,<br>INDIVIDUALLY AND AS EXECUTOR OF THE<br>ESTATE OF MARIO A. SCHETTINO, ET AL.,<br><br>Defendant/Respondent | Hearing Date:<br><br>CAUSE NO:<br>07-CV-3843 (FSH)<br><br>AFFIDAVIT OF SERVICE OF:<br>SUMMONS AND COMPLAINT |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, has the authority to serve pleadings in the State named below, and is competent to be a witness therein.

On the **25th day of September, 2007, at 9:40 PM**, at the address of **272 3RD Street, PALISADES PARK, Bergen** County, **NJ 07650**; this affiant served the above described documents upon **JOHN JHANG**, by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **JOHN JHANG, NAMED DEFENDANT, An Asian male approx. over 65 years of age 5'4"-5'6" in height weighing 160-180 lbs with black hair**.

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

DATED this **26th day of September, 2007**.

_____
**Manny Bayo**

SUBSCRIBED AND SWORN to before me this 26th day of September, 2007

_____
NOTARY PUBLIC in and for the State of **New Jersey**
Residing at: _____
My Commission Expires: _____

FOR: **U S Dept DOJ -Tax Div/PO BOX 227**

ORIGINAL PROOF OF SERVICE

Tracking #: **4939372** SEA