CHRISTOPHER J. CHRISTIE
United States Attorney

JAN M. GEHT (JMG 3272)
Trial Attorney, Tax Division
United States Department of Justice
Post Office Box 227
Washington, D.C. 20044
(202) 307-6449

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **UNITED STATES DISTRICT COURT** |
| | ) | **DISTRICT OF NEW JERSEY** |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 07-cv-3843 |
| | ) | |
| ARTHUR RICHARD HARTMAN, JR., | ) | |
| Individually and as Executor of the | ) | |
| Estate of Mario A. Schettino | ) | |
| | ) | |
| JOSEPH SCHETTINO | ) | |
| | ) | |
| LILLIAN SCHETTINO | ) | |
| | ) | |
| JOHN JHANG | ) | |
| | ) | |
| EUI JA JHANG | ) | |
| | ) | |
| EMIGRANT FUNDING CORPORATION | ) | |
| | ) | |
| Defendants. | ) | |

## REQUEST TO ENTER DEFAULT

TO THE CLERK OF COURT:

Please enter the default of defendant EMIGRANT FUNDING CORPORATION

for failure to plead or otherwise defend as provided by Fed. R. Civ. P. 55(a) as appears

2839114.1

from sworn declaration of Jan M. Geht, attached hereto.

DATE:    October 31, 2007

                                          Respectfully submitted,

                                          CHRISTOPHER J. CHRISTIE
                                          United States Attorney

                                          /s/ Jan M. Geht
                                          JAN M. GEHT (JMG 3272)
                                          Trial Attorney, Tax Division
                                          U.S. Department of Justice
                                          Post Office Box 227
                                          Ben Franklin Station
                                          Washington, D.C.  20044
                                          Telephone: (202) 202-307-6449

2839114.1

CHRISTOPHER J. CHRISTIE
United States Attorney

JAN M. GEHT (JMG 3272)
Trial Attorney, Tax Division
United States Department of Justice
Post Office Box 227
Washington, D.C. 20044
(202) 307-6449

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **UNITED STATES DISTRICT COURT** |
| | ) | **DISTRICT OF NEW JERSEY** |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 07-cv-3843 |
| | ) | |
| ARTHUR RICHARD HARTMAN, JR., | ) | |
| Individually and as Executor of the | ) | |
| Estate of Mario A. Schettino | ) | |
| | ) | |
| JOSEPH SCHETTINO | ) | |
| | ) | |
| LILLIAN SCHETTINO | ) | |
| | ) | |
| JOHN JHANG | ) | |
| | ) | |
| EUI JA JHANG | ) | |
| | ) | |
| EMIGRANT FUNDING CORPORATION | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing REQUEST TO ENTER DEFAULT,

DECLARATION OF JAN M. GEHT, and PROPOSED DEFAULT were caused to be served

on this 31st day of October, 2007, by depositing copies thereof in the United States mail,

2839114.1

postage prepaid, addressed as follows:

      EMIGRANT FUNDING CORPORATION
      6 East 43rd St, Ninth Floor
      New York, NY 10017

                      /s/ Jan M. Geht
                      JAN M. GEHT (JMG 3272)

2839114.1