CHRISTOPHER J. CHRISTIE
United States Attorney

JAN M. GEHT (JMG 3272)
Trial Attorney, Tax Division
United States Department of Justice
Post Office Box 227
Washington, D.C. 20044
(202) 307-6449

| | |
|---|---|
| UNITED STATES OF AMERICA ) | **UNITED STATES DISTRICT COURT** |
| ) | **DISTRICT OF NEW JERSEY** |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 07-cv-3843 |
| ) | |
| ARTHUR RICHARD HARTMAN, JR., ) | |
| Individually and as Executor of the ) | |
| Estate of Mario A. Schettino ) | |
| ) | |
| JOSEPH SCHETTINO ) | |
| ) | |
| LILLIAN SCHETTINO ) | |
| ) | |
| JOHN JHANG ) | |
| ) | |
| EUI JA JHANG ) | |
| ) | |
| EMIGRANT FUNDING CORPORATION ) | |
| ) | |
| Defendants. ) | |

## DEFAULT

Defendant, EMIGRANT FUNDING CORPORATION, having failed to appear,

plead, or otherwise defend in this action, a

DEFAULT is hereby entered against the defendant EMIGRANT FUNDING

2839157.1

CORPORATION, pursuant to Fed. R. Civ. P. 55(a).

    Dated this _____ day of _____, 2007.

                                                WILLIAM T. WALSH
                                                Clerk

                                                By:_____
                                                      Deputy Clerk