UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

JOHN JHANG AND EUI JA JHANG ) Index No.: 07-CV-3843 (FSH) (PS)
)
)
)
               THIRD PARTY ) **AFFIDAVIT OF SERVICE**
               v. )
ALBERT H. BIRCHWALE, ESQ, ET ALS )
)
)
               THIRD PARTY )

STATE OF NJ: COUNTY OF MIDDLESEX    ss:

I, ROBERT F. TAYLOR, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the state of NJ. That on DECEMBER 19, 2007 at 8:43 AM at 865 BROAD AVE, RIDGEFIELD, NJ 07657, deponent served the within THIRD PARTY SUMMONS, ANSWER, COUNTERCLAIM, CROSSCLAIMS AND THIRD PARTY COMPLAINT ON BEHALF OF JOHN JHANG AND EUI JA JHANG on BASILE, BIRCHWALE & PELLINO, LLP therein named (the intended recipient).

SUITABLE AGE PERSON:   By delivering a true copy of each to CAROL SHAW, the SECRETARY of BASILE, BIRCHWALE & PELLINO, LLP, a person of suitable age and discretion.

DESCRIPTION:   Deponent further states that the description of the person actually served is as follows:
Gender: Female   Race/Skin: WHITE   Hair: Brown   Glasses: Yes   Approx. Age: 40   Height: 5' 7"   Weight: 155

MILITARY SERVICE:   Person spoken to was asked whether the recipient was in the military service of the United States or any State of the United States of America and received a negative reply.  Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the recipient is not in the military service of the United States or any State of the United States of America as that term is defined in the statutes of any State in the United States and the Federal Soldiers and Sailors Civil Relief Act.
I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

                                         ROBERT F. TAYLOR
                                         COURT SUPPORT, INC
                                         181 HILLSIDE AVE
                                         WILLISTON, NY 11596
                                         (516) 742-7455

Subscribed and sworn to before me, a notary public, on this 19th day of December, 2007.

Dolores J. Taylor
My commission expires 4/28/09

AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     NEW JERSEY

PLAINTIFF
   UNITED STATES OF AMERICA

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

V. DEFENDANT AND THIRD PARTY PLAINTIFF
   JOHN JHANG and EUI JA JHANG

Case Number: 07-CV-3843 (FSH) (PS)

V. THIRD PARTY DEFENDANT
   ALBERT H. BIRCHWALE, ESQ., BASILE, BIRCHWALE & PELLINO, LLP, DANTON PROPERTIES, L.L.C.

To: Name and address of Third Party Defendant
   Basile, Birchwale & Pellino, LLP
   865 Broad Avenue
   Ridgefield, New Jersey 07657

**YOU ARE HEREBY SUMMONED** and required to serve on

| PLAINTIFF'S ATTORNEY (name and address) | DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address) |
|---|---|
| Jan M. Geht, Esq.<br>U.S. Department of Justice, Tax Division<br>P.O. Box 227<br>Ben Franklin Station<br>Washington, D.C. 20044<br>Telephone: (202) 307-6449<br>Email: Jan.M.Geht@usdoj.gov | Jaimee Katz Sussner, Esq.<br>Herrick, Feinstein LLP<br>One Gateway Center, 22nd Floor<br>Newark, New Jersey 07102<br>Telephone: (973) 274-2000<br>Email: jsussner@herrick.com |

an answer to the third-party complaint which is served on you with this summons, within _____20_____ days after the service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the third-party complaint. There is also served on you with this summons a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

WILLIAM T. WALSH
CLERK [signature]
(By) DEPUTY CLERK

DATE 12/17/07

AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served:

☐ Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                Date                           *Signature of Server*

                                _____
                                       *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.