Jaimee Katz Sussner, Esq.  DOCUMENT ELECTRONICALLY FILED
jsussner@herrick.com
HERRICK, FEINSTEIN LLP
One Gateway Center, 22nd Floor
Newark, New Jersey 07102
973.274.2000
Attorneys for Defendants/ Cross-Claimants/
 Counterclaimants/ Third-Party Plaintiffs
 John Jhang and Eui Ja Jhang

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

------------------------------------x
:
UNITED STATES OF AMERICA,           : Civil Action No. 07-CV-3843 (FSH)(PS)
                                    :
             Plaintiff,             :
                                    :
        vs.                         : **NOTICE OF MOTION FOR ENTRY**
                                    : **OF DEFAULT JUDGMENT AGAINST**
ARTHUR RICHARD HARTMAN, JR.,        : **THIRD-PARTY DEFENDANT**
Individually and as Executor of the Estate of Mario : **DANTON PROPERTIES, L.L.C.**
Schettino, JOSEPH SCHETTINO, LILLIAN : **PURSUANT TO FRCP 55(b)**
SCHETTINO, JOHN JHANG, EUI JA JHANG and:
EMIGRANT FUNDING CORPORATION,       :
                                    :
             Defendants.            :
                                    :
------------------------------------:
                                    :
JOHN JHANG and EUI JA JHANG,        :
                                    :
             Third-Party Plaintiffs,:
                                    :
        vs.                         :
                                    :
ALBERT H. BIRCHWALE, ESQ., BASILE,  :
BIRCHWALE & PELLINO, LLP, DANTON    :
PROPERTIES, L.L.C., JOHN DOES 1 THROUGH :
5 (fictitious names) and ABC CORPORATIONS 1 :
THROUGH 5 (fictitious names),       :
                                    :
             Third-Party Defendants.:
------------------------------------x

TO:

| | |
|---|---|
| Robert A. Berns, Esq.<br>John P. O'Toole, Esq.<br>Thomas F. Quinn, Esq.<br>Wilson Elser Moskowitz<br> Edelman & Dicker LLP<br>33 Washington Street<br>Newark, NJ  07102-3017 | Geoffrey Weinstein, Esq.<br>Cole, Schotz, Meisel, Forman & Leonard P.A.<br>Court Plaza North<br>25 Main Street<br>Hackensack, NJ  07601 |
| Jan M. Geht, Esq.<br>Trial Attorney<br>Tax Division<br>United States Department of Justice<br>P.O. Box 227<br>Ben Franklin Station<br>Washington, DC  20044 | Thomas F. DiLullo, Esq.<br>Thomas F. DiLullo, PC<br>123 Clarendon Place<br>Hackensack, NJ  07601 |

**PLEASE TAKE NOTICE THAT**, defendants/ cross-claimants/ counterclaimants/ third-party plaintiffs John Jhang and Eui Ja Jhang (the "Jhangs"), by their counsel, Herrick, Feinstein LLP, shall move before the Honorable Patty Shwartz, U.S.M.J., at the United States Courthouse in the U.S.P.O. & Courthouse Building, Room #369, Newark, New Jersey 07101, on March 9, 2009, at 9:30 a.m., or as soon thereafter as it may be heard, for an order entering default judgment against third-party defendant Danton Properties, LLC ("Danton") in this action, pursuant to Fed. R. Civ. P. 55(b)(2).

**PLEASE TAKE FURTHER NOTICE** that the Jhangs shall rely upon the Declaration of Jaimee Katz Sussner, Esq., dated February 12, 2009, and the exhibits annexed thereto.

A proposed Final Judgment by Default against Danton is submitted herewith.

                HERRICK, FEINSTEIN LLP
                Attorneys for Defendants/
                  Counterclaimants/ Cross-Claimants/
                  Third-Party Plaintiffs
                  John Jhang and Eui Ja Jhang

By   /s/ Jaimee Katz Sussner
       Jaimee Katz Sussner
       Email: jsussner@herrick.com
       HERRICK, FEINSTEIN LLP
       One Gateway Center, 22nd Floor
       Newark, New Jersey  07102
       Phone: 973.274.2000

Dated:  February 12, 2008

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the Notice of Motion, the Declaration of Jaimee Katz Sussner, Esq., and the proposed Final Judgment by Default were filed electronically with the United States District Court for the District of New Jersey on this 12th day of February, 2009, with notice of case activity generated and sent electronically and via regular mail to:

Jan M. Geht, Esq.
U.S. Department of Justice, Tax Division
P.O. Box 227
Washington, DC 20044
*Attorneys for Plaintiff*

John P. O'Toole, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
33 Washington Street
Newark, New Jersey 07102
*Attorneys for Third-Party Defendants Albert H. Birchwale, Esq., and Basile, Birchwale & Pellino, LLP*

David M. Kohane, Esq.
Cole Schotz, Meisel, Forman & Leonard, P.A.
Court Plaza North
25 Main Street
Hackensack, New Jersey 07601
*Attorneys for Defendants/Cross-Claimants, Joseph Schettino and Lillian Schettino*

Thomas F. DiLullo, Esq.
Thomas F. DiLullo, PC
123 Clarendon Place
Hackensack, NJ 07601
*Attorneys for Defendant/ Cross-Claim Defendant Arthur Richard Hartman, Jr., Individually and in his capacity as the Executor of the Estate of Mario Schettino*

The undersigned also certifies that a copy of the Notice of Motion, the Declaration of Jaimee Katz Sussner, Esq., and the proposed Final Judgment by Default were served on this 12th day of February, 2009 via regular mail to:

Danton Properties, LLC
5809 Madison Street
West New York, NJ 07093

Dated: February 12, 2009

/s/ Jaimee Katz Sussner
Jaimee Katz Sussner